# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEKESHIA SETTLES,<br><br>                            Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                           Defendant. | CASE NO. 20cv00194-LAB (BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL**<br><br>**[Dkt. No. 9]** |

The parties' Joint Motion for Dismissal is **GRANTED**. Dkt. No. 9. This action is **DISMISSED WITH PREJUDICE** in its entirety.

    **IT IS SO ORDERED.**

Dated: April 22, 2020

*[signature]*

**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge